IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03466-KLM-SKC

H.N., ex rel A.N., a minor,

    Plaintiff,

v.

NICHOLAS WEIMAN,
RICHARD NORTON, and
CITY AND COUNTY OF BROOMFIELD,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order and Continue Jury Trial** [#41] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#41] is **GRANTED**. The affirmative expert witness disclosures deadline is extended to **March 26, 2021**. The rebuttal expert witness disclosures deadline is extended to **April 26, 2021**. The discovery cutoff is extended to **May 26, 2021**. The dispositive motions deadline is extended to **June 28, 2021**.

    IT IS FURTHER **ORDERED** that the three-day Jury Trial set for May 17-19, 2021, is **VACATED**.

    IT IS FURTHER **ORDERED** that a joint Final Pretrial Conference, Jury Instructions Conference, and Trial Preparation Conference set for April 23, 2021, at 1:30 p.m. is **VACATED**. The Court will contact counsel via e-mail to find suitable dates on which to reset trial and the conferences.

    IT IS FURTHER **ORDERED** that the April 16, 2021 deadline to file a proposed final pretrial order is **VACATED**.

    Dated:  January 15, 2021